# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COREY BROWN, COREY BOWERS,
MAURICE GRIFFIN, NELSON
RUSSELL, CHARLIE WILLIAMS and
DAVID MOBLEY,

          **Plaintiffs,**

v.                                **Case No:  6:13-cv-979-Orl-31TBS**

VOTORANTIM CIMENTOS NORTH
AMERICA, INC.,

          **Defendant.**

_____

## ORDER

      This matter is before the Court on Plaintiffs' counsel's advisement of dismissal of certain counts alleging negligent infliction of emotional distress, negligent hiring and supervision claims as well as a request for the Court's leave to amend the Amended Complaint. (Doc. 28 at 1-2). Notably, these were not submitted to the Court as a formal notice of dismissal of claims, nor as a motion for leave to amend the Amended Complaint. Rather, they were included in the introduction to Plaintiffs' Response to Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment.

      The Court, therefore, interprets Plaintiff's Response as a motion to amend the Amended Complaint. The requested relief shall be granted, *see* Fed. R. Civ. P. 15(a)(2). However, Plaintiffs' counsel is admonished, for future filings, to separately move for the Court to act and not include such requests in responses to motions. In Defendant's Reply in Support of Summary Judgment, Defendant states that Plaintiffs' request to amend based on the "misnomer rule" plays no role the

matters presented for summary judgment—however the Defendant does not request that the Court deny Plaintiffs' request for leave to amend. (Doc. 30 at 2).

Therefore it is,

**ORDERED**, Plaintiffs' Response to Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. 28) is interpreted as a motion for leave to amend the Amended Complaint and is **GRANTED,** Plaintiffs shall promptly file a Second Amended Complaint.[1] Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. 17) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 28, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] When editing the Second Amended Complaint, Plaintiffs' counsel is directed to properly number the counts. (*See, e.g.,* Doc. 4 at 65-69 (Count XXXVII (37) is followed by Counts XXVIII (28 (this is the second occurrence of the numeral 28 to identify a count, compare pages 53 and 66)) and XXIX (29 (second occurrence, compare pages 54 and 68)); *Id.* at 80-83 (Count XXXXVIII (48) is followed by Counts XXXIX (39 (first occurrence, but in the wrong location, compare pages 68 and 81)), XXXX (40 (second occurrence, compare pages 69 and 81)), XXXXI (41 (second occurrence, compare pages 70 and 82)), and XXXXII (42 (second occurrence, compare pages 71 and 83)))).